ALBERT P. RIPPENBEIN, Respondent, v. I. G. FARBENINDUSTRIE AKTIENGESELLSCHAFT· and Others, Defendants, Impleaded with WILFRID GREIF and Others,

Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.